D. A. SCHULTE, INC., Respondent, v. WARNSLEIGH REALTY CORPORATION, Appellant.— Without passing upon the sufficiency of the complaint herein, the order appealed from should be modified so as to provide for an immediate trial of the issues in the present action, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

WILMA E. GOULD, Respondent, v. AUBURN TRUST COMPANY, Appellant, Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Cayuga all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

WILMA E. GOULD, Respondent, v. AUBURN TRUST COMPANY, Defendant, Impleaded with CHARLES F. HAMMOND, as Committee of the Person and Property of EDWARD B. GOULD, and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted to the extent of changing the venue from New York county to Cayuga county, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Cayuga all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

WILMA E. GOULD, Respondent, v. NORMAN J. GOULD and Others, Appellants.— Order modified so as to provide for an open commission to issue to take the testimony of witnesses at New Orleans, La. The necessary expenses and disbursements of both parties incident to the execution of such commission to be borne by the defendants; the amount to be allowed to the plaintiff to be fixed on the settlement of the order; and meanwhile, and until the return of such commission, the trial of the issues herein to be stayed; and as so modified the order appealed from is affirmed, without costs. If defendants do not proceed within ten days to execute the commission, the order appealed from is affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY, as Executor of and Trustee under the Last Will and Testament of WILLIAM W. WALL, Deceased.— Order affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.